⑥

```
                    UNITED STATES BANKRUPTCY COURT

                    EASTERN DISTRICT OF CALIFORNIA

                           SACRAMENTO DIVISION
```

FILED
APR - 1 2008
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| In re:<br><br>THREE ESTATES COMPANY, LTD.,<br><br>Debtor. | Case No. 07-23597-B-15<br>D.C. No. DNC-6<br>Date:  December 4, 2007<br>Time:  9:30 a.m.<br>Place: U.S. Courthouse<br>       501 I Street<br>       Courtroom 33<br>       Sacramento CA 95814 |

**MEMORANDUM DECISION**

This matter came on for final hearing on December 4, 2007, at 9:30 a.m. Appearances are noted on the record. The following constitutes the court's findings of fact and conclusions of law, pursuant to Federal Rule of Bankruptcy Procedure 7052.

The motion is granted. The court finds that the assets of the debtor located in the United States have been fully administered. The court clerk shall close this case.

By this motion Go Ishikawa, trustee for the Three Estates Company in the foreign main proceeding recognized by the court pursuant to 11 U.S.C. § 1517, seeks a final decree in this case and an order that the case be closed. There is little, if any, authority relating to the entry of a final decree in chapter 15 cases, and neither 11 U.S.C. § 350 nor Federal Rule of Bankruptcy Procedure 3022, which the trustee cites in support of the motion and references by way of analogy to chapter 11 cases, are applicable in chapter 15 cases. See 11 U.S.C. § 103(a). Nevertheless, as the trustee alleges without dispute that all

of the assets of the debtor located in the United States have been fully administered, the court finds that it is appropriate to close the case.

The court will issue a separate order consistent with the foregoing ruling.

Dated: **MAR 31 2008**

*Thomas C. Holman*
Thomas C. Holman
United States Bankruptcy Judge

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF MAILING

    The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was mailed today to the following entities listed at the address shown on the attached list or shown below.

See attached.

DATED: 4/1/08        By: _____
                                    Deputy Clerk
                                    Jennifer Jahnsen

EDC 3-070 (New 4/21/00)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0972-2<br>Case 07-23597<br>Eastern District of California<br>Sacramento<br>Tue Apr  1 14:40:48 PDT 2008 | Asahi Shinkin Bank<br>1-1 Torigoe 1-Chome<br>Taito-ku<br>Tokyo 111-0054<br>JAPAN | Bunka Sangyo Credit Corp<br>Bunkyo Branch<br>2-5 Sengoku 2-Chome<br>Bunkyo-ku, Tokyo 112-0011<br>JAPAN |
| David N. Chandler<br>1747 4th St<br>Santa Rosa, CA 95404-3601 | County of Lassen<br>Treasurer/Tax Collector<br>220 S Lassen St #3<br>Susanville CA 96130-4357 | GE Capital Leasing<br>2-4 Shin-Koyasu 1-Chome<br>Kanagawa-ku<br>Yokohama-shi, Kanagawa 221-0013<br>JAPAN |
| Hagiwara Printing Co., Ltd.<br>21-12 Kouraku 2-Chome<br>Bunkyo-ku, Tokyo<br>JAPAN | Heibun-Sha Co., Ltd.<br>35-7 Minami-Otsuka 2-Chome<br>Tohsima-ku<br>Tokyo 170-0005<br>JAPAN | Thomas Holman<br>Sacramento Division<br>U.S. Bankruptcy Court<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814-7303 |
| Go Ishikawa<br>c/o David N. Chandler<br>1747 4th St<br>Santa Rosa, CA 95404-3601 | Kin You-Ken<br>23-6 Sakaine 6-Chome<br>Kashiwa-shi<br>Chiba 277-0053<br>JAPAN | Koushin-sha Co., Ltd.<br>11-9 Shitaya 2-Chome<br>Taito-ku<br>Tokyo<br>JAPAN |
| National Life Finance Corp. Ueno Branch<br>18-10 Higashi-ueno 2-Chome<br>Taito-ku, Tokyo<br>JAPAN | Noriko Yoshida<br>26-6 Chishirodai-Higashi 2-Chome<br>Wakaba-ku<br>Chiba-Shi, Chiba 264-0002<br>JAPAN | Office of the U.S. Trustee<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814-7304 |
| Orix Corporation<br>13-16 Mita 3-Chome<br>Minato-ku<br>Tokyo 108-0073<br>JAPAN | Resona Bank, LTD.<br>1-2 Ootemachi 1-Chome<br>Chiyoda-ku<br>Tokyo 100-8106<br>JAPAN | SMBC Finance Service Co., Ltd.<br>Sumitomohudousan Mita Twin Bldg<br>Nishi-Kan 7F 5-27 Mita 3-Chome<br>Minato-ku, Tokyo 108-6307<br>JAPAN |
| Sanyo Electric Credit<br>1-3 Ootemachi 1-Chome<br>Chiyoda-ku<br>Tokyo 100-0004<br>JAPAN | Shoko Chuo Sinyo Kink<br>12-18 Shiba-Daimon 2-Chome<br>Minato-ku<br>Tokyo 105-0012<br>JAPAN | Sokosha Printing Co.<br>20-9 Higashi-Nippori 6-Chome<br>Arakawa-ku<br>Tokyo 116-0014<br>JAPAN |
| Sumitomo Mitsui Banking Corp.<br>11-4 Taito 4-Chome<br>Taito-ku<br>Tokyo 110-0016<br>JAPAN | Taito Metropolitan Taxation Bureau<br>6-1 Kaminari-mon 1-Chome<br>Taito-ku<br>Tokyo 111-8606<br>JAPAN | The Sumitomo Trust and Banking Co., Ltd.<br>c/o Sumitomo Mitsui Banking Corp.<br>1-2 Yurakucho 1-Chome<br>Chioda-ku, Tokyo<br>JAPAN |
| Title Estates Company, Ltd.<br>c/o Go Ishikawa, Kalamoto and Ishikawa<br>Kanbe-Tochi Akasaka #2F<br>8-14, Akasaka 1-Chome, Minato-ku<br>Tokyo 107-0052 JAPAN | Tokyo Guarantee<br>6-17 Yaesu 2-Chome<br>Chuo-ku<br>Tokyo 104-8470<br>JAPAN | Tokyo Leasing Co., Ltd.<br>10-1 Nishi-Shinjuku 6-Chome<br>Shinjuku-ku<br>Tokyo<br>JAPAN |
| Tokyo Regional Taxation Bureau<br>Ootemachi Joint Gov't Ofc. 3rd Bldg 3-3<br>Ootemachi 1-Chome, Chiyoda-ku<br>Tokyo 100-8102<br>JAPAN | Tsugio Mimuro<br>39-6 Honta 5-Chome<br>Urawa-ku<br>Saitama-Shi, Saitama 330-0052<br>JAPAN | Wolfgan Shurecht<br>1-14-306 Suwa 3-Chome<br>Takatsu-ku<br>Kawasaki-shi, Yokohama 213-0004<br>JAPAN |

| | |
|---|---|
| Yasushi Iguchi<br>2386-29 Takanoo-Cho<br>Tsu-Shi, Mie<br>JAPAN | Yuko Nishikawa<br>Ogikubo House 102<br>9-3 Shimizu 1-Chome<br>Suginami-ku, Tokyo<br>JAPAN |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Rush Creek Real Estate

End of Label Matrix
Mailable recipients    31
Bypassed recipients     1
Total                  32